UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Joseph M. Bittner<br>aka Joseph M. Bittner, Sr.<br>          Debtor<br><br>SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of Lodge Series III Trust<br>          Movant<br>v.<br><br>Joseph M. Bittner<br>aka Joseph M. Bittner, Sr.<br>Kenneth E. West - Trustee<br>          Respondents | Case No.: 18-17957-elf<br><br>Chapter: 13<br><br>Judge:  Eric L. Frank |

## ORDER APPROVING SETTLEMENT STIPULATION

AND NOW, this _____ day of _____, 2022, it is hereby ORDERED and DECREED that the Settlement Stipulation resolving Creditor, SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of Lodge Series III Trust's Motion for Relief from Automatic Stay is hereby APPROVED.

BY THE COURT:

_____
Eric L. Frank
Bankruptcy Judge